1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
3  Meghan E. George (SBN 274525)
   Thomas E. Wheeler (SBN 308789)
4  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
5  21550 Oxnard St. Suite 780,
   Woodland Hills, CA 91367
6  Phone: 877-206-4741
7  Fax: 866-633-0228
   tfriedman@toddflaw.com
8  abacon@toddflaw.com
9  mgeorge@toddflaw.com
   twheeler@toddflaw.com
10 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JENNIE BROWN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**U GYM, LLC d/b/a UFC GYM, CLUBREADY, LLC, and Does 1-10, inclusive,**<br><br>**Defendants.** | Case No. **8:20-cv-2119**<br><br>**AMENDED NOTICE OF SETTLEMENT** |

    NOW COMES THE PLAINTIFF by and through her attorney to file this amended notice pursuant to Dkt. 16 to respectfully notify this Honorable Court that Plaintiff and all Defendants have reached a settlement in principle and are currently preparing a settlement agreement.  The settlement will result in a dismissal of prejudice of the action in full with prejudice as to Plaintiff and without prejudice as to the putative Class.  Plaintiff anticipates having the

dispositive documents on file within thirty (30) days. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 24th Day of February, 2021.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 24th Day of February, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable David O. Carter
United States District Court
Central District of California

And all Counsel of Record on the electronic service list.

This 24th Day of February, 2021.

s/Todd M. Friedman
Todd M. Friedman

Amended Notice of Settlement - 3